MARIA CONOSCENTE, Respondent, *v.* THOMAS MANFREDI, Appellant.

Supreme Court, Appellate Term, Second Department, June 14, 1948.

*Joseph C. Bottitta* for appellant.

*Abraham L. Siegel* for respondent.

*Per Curiam.* The judgment should be affirmed, with $25 costs to respondent.

The appeals from the orders are dismissed. No order denying defendant's motion to set aside the verdict is contained in the record. An order denying a motion to reargue is not appealable. (N. Y. City Mun. Ct. Code [L. 1915, ch. 279], § 154; *Lehman* v. *Brooklyn & Queens Transit Corp.,* 30 N. Y. S. 2d 716; *Hygrade-Magnet Corp.* v. *Supino,* 23 N. Y. S. 2d 55; *Millstein* v. *Schwartz,* 23 N. Y. S. 2d 357.)

MACCRATE, STEINBRINK and RUBENSTEIN, JJ., concur.

Judgment affirmed, etc.